IN THE ~~MAGISTRATE~~ DISTRICT COURT OF __Berkeley__ COUNTY, WEST VIRGINIA

Name, Address & Phone Number of Plaintiff:
SERGE L. CORNEFF
219 STEPHANIE WAY,
CHARLES TOWN, WV, 25414
240-447-9687

FILED
MAR 27 2023
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

~~Magistrate~~ District Court Case No. 3:23cv83
Groh/Trumble
217 West Kings Street
Martinsburg, WV, 25401

V.

Name, Address & Phone Number of Defendant(s):
METROPOLITAN COMMERCIAL BANK,
99 PARK AVENUE, 4th FLOOR,
New York, NY 10016
(212) 365-6700

(I.) 18. U.S. Code, chapter 47 FRAUD and FALSE STATEMENTS.
(II.) 18. U.S. Code, §371 - conspiracy, §1344.

**CIVIL COMPLAINT**
**COMMERCIAL CREDITOR/CONTRACT ACTION**

--- Fold Here ---                                                           --- Fold Here ---

The above-named plaintiff or __SERGE CORNEFF__, on behalf of the plaintiff acting in the capacity of __Count__, alleges the following as true and accurate: __and correct__ and __against to Metropolitan Commercial Bank, defi wallet 3732__ ~~made a~~ contract or note, dated __February 8, 2023__. The defendant(s) is (are) in arrears for $ __167,000__ or has (have) otherwise breached the terms of the contract or note in the following manner: __CRYPTO.COM, defi Wallet 3732__

ORIGINAL OBLIGATION:

Principal        $ 63,000
Interest         $ 104,000 - (since october 2022)
Insurance & Other $
TOTAL            $ 167,000

PAYMENTS CREDITED TO (NOTE: Attach a page listing the dates & amount of each payment):

Principal                                    $
Interest (Beginning February 8, 2023)       $
Other Charges                                $
Rebate of Unearned Interest                  $
Rebate of Other Charges (insurance, etc.)    $
Sale of Repossessed Collateral               $
TOTAL  (taken by CRYPTO.COM)  167,000       $ 167,000 more since February

$ 167,000 (-)  $ 167,000  (=)  $ 167,000
(Total of original obligation) (Subtract) (Total payments credited) (Equals) BALANCE DUE

List any collateral: TRANSFER to CRYPTO.COM defi Wallet 3732
$25,000 + $38,000 = $63,000 and profits from savings, so total $167,000 (in February 8, 2023).

-RETURN
-DEFENDANT
-FILE
-PLAINTIFF

W. Va. Code §§ 55-8-7, 50-4-1, 50-5-8(a); Mag. Ct. Civ. Rules 2, 6A
SCA-M208-1 / 5-02
Docket Code(s): ($MCIC0 | $MCIC1 | $MCIC2 | $MCIC3 | $MCIC4)

Civil Complaint: Commercial Creditor/Contract Action - Page 2 of 2

Magistrate Court Case No.: _____

The plaintiff requests the following relief from the court: **Return my RETIREMENT Money with account balance: $167,000 (February 9, 2023)**

_____  
Plaintiff's Signature

**February 20, 2023**  
Date

Taken, subscribed, and sworn or affirmed before me this **20** day of **February** 20**23**.

My commission expires on _____.

**N/A**  
Notary Public/Magistrate Assistant/Magistrate Clerk

**NOTICE:** *Any party in a civil action seeking over $20.00 has the right to elect that the case be tried by a jury. You must give written notice to the magistrate court 20 days from when the first timely answer to the complaint is made If you do not notify the magistrate court within the appropriate time period, you give up your right to jury trial. The jury fee will be assessed against the losing party if the case is tried by a jury or may be prorated between the parties if the case is settled before trial.*

I have read and understood this, and my signature below indicates that I wish to have a jury trial.

_____  
Signature

**February 20, 2023**  
Date

**NOTICE:**  
*Any person involved in court proceedings who has a disability and needs special accommodation should inform the court sufficiently in advance so that arrangements can be made if possible.*

W. Va. Code §§ 55-8-7, 50-4-1, 50-5-8(a); Mag. Ct. Civ. Rules 2, 6A  
SCA-M208-1 / 5-02  
Docket Code(s): ($MCIC0 | $MCIC1 | $MCIC2 | $MCIC3 | $MCIC4)

-RETURN  
-DEFENDANT  
-FILE  
-PLAINTIFF